# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ALFRED MCZEAL, ET AL.**                                **CIVIL ACTION**

**VERSUS**

**NO. 19-517-SDD-RLB**

**STATE OF LOUISIANA, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 25, 2020.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED MCZEAL, ET AL.                                    CIVIL ACTION

VERSUS

                                                                 NO. 19-517-SDD-RLB

STATE OF LOUISIANA, ET AL.

**MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1), following the issuance of the initial Report and Recommendation ("R&R") (R. Doc. 14), both Plaintiffs and Defendants filed Objections to same. (R. Docs. 15, 17). Upon review of certain arguments set forth therein, the Court finds it appropriate to revise its original Report and Recommendation in order to provide clarity regarding the scope of one area of analysis. This Supplemental Report and Recommendation is limited to the findings and recommendations noted herein and does not disturb any other findings or recommendations in the initial Report and Recommendation.

More specifically, Defendants request a clarification of the Court's findings with regard to Plaintiffs' claims for declaratory relief, suggesting that such claims under federal law may survive, but those arising under state law may not. (R. Doc. 15 at 2-4). Plaintiffs do not appear to contest this clarification, stating, "[t]he Ex Parte Young exception allows government officials to be sued in their official capacity for violating federal law." (R. Doc. 17 at 14). The Court agrees that Plaintiffs' claims against the individual Defendants in their official capacities for declaratory relief arising under federal law may survive Defendants Motion to Dismiss, while Plaintiffs' claims against the individual Defendants in their official capacities for declaratory relief arising under state law may not.

In its initial Report and Recommendation, the Court cited relevant Fifth Circuit jurisprudence which states, "to comply with the dictates of *Ex part Young*, plaintiffs' lawsuit must allege that the defendants' actions are *currently* violating federal law, and went on to find that Plaintiffs had raised allegations of continuing violations. (*See* R. Doc. 14 at 6-7 (citing *Williams on Behalf of J.E. v. Reeves*, 954 F.3d 729 (5th Cir. 2020)). Based on this law and discussion, the Court found it appropriate to recommend that "Plaintiffs' claims against the individual Defendants in their official capacities for prospective declaratory or injunctive relief" survive Defendants Motion to Dismiss, but did not explicitly limit its findings to Plaintiffs' claims under federal law, excluding Plaintiffs' claims against the individual Defendants for declaratory or injunctive relief brought under state law.

Thus, in order to clarify the initial Report and Recommendation, the Court will issue this Supplemental Report and Recommendation, limited to the following findings: (1) the Court recommends that Plaintiffs' claims against the individual Defendants in their official capacities under federal law for prospective declaratory or injunctive relief survive Defendants' Motion to Dismiss, and (2) the Court recommends that Plaintiffs' claims against the individual Defendants in their official capacities under state law for prospective declaratory or injunctive relief be dismissed. Outside of the limited findings herein, the Magistrate Judge's Report and Recommendation (R. Doc. 14) shall not be disturbed.

Accordingly, based on the foregoing,

**IT IS ORDERED** that the parties shall have 14 days to raise, amend, supplement, revise or withdraw any objections to the initial Report and Recommendation (R. Doc. 14) and this Supplemental Report and Recommendation.

**IT IS RECOMMENDED** that Defendants' Motion to Dismiss (R. Doc. 5) as to Plaintiffs' claims against the individual Defendants in their official capacities under federal law for prospective declaratory or injunctive relief be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendants' Motion to Dismiss (R. Doc. 5) as to Plaintiffs' claims against the individual Defendants in their official capacities under state law for prospective declaratory or injunctive relief be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that all other portions of the previously issued Report and Recommendation (R. Doc. 14), not inconsistent with the above, be adopted by the district judge.

Signed in Baton Rouge, Louisiana, on November 25, 2020.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**