# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

MCZEAL, ET AL.

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

19-517-SDD-RLB

## RULING

The Court has carefully considered the *Motion to Dismiss*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 27, 2020, the objections and responses[3] thereto and the *Supplemental Report and Recommendation*[4], dated November 25, 2020, to which no objections have been filed.

The Court hereby approves the *Report and Recommendations , as supplemented,* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[5] is GRANTED in part and DENIED in part as written by Magistrate Judge Bourgeois in Record Document 14 and as supplemented in Record Document 19.

Signed in Baton Rouge, Louisiana on <u>December 14, 2020</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 14.
[3] Rec. Docs. 15 and 17
[4] Rec. Doc. 19
[5] Rec. Doc. 5.