# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

McZEAL, ET AL.

CIVIL ACTION

VERSUS

19-517-SDD-RLB

STATE OF LOUISIANA, ET AL.

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 11, 2021, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the *Motion for Judgment on the Pleadings* is GRANTED in part, and Plaintiffs' federal law claims against Defendants are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims against Defendants, and Plaintiffs' state law

---

[1] Rec. Doc. 31.
[2] Rec. Doc. 37.
[3] Rec. Doc. 86.

claims against Defendants are hereby DISMISSED WITHOUT PREJUDICE, and this matter is closed.

Signed in Baton Rouge, Louisiana the  13  day of September, 2021.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA